**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**-------------------------------------------------------X**
**IN RE:**

**ALEXA & ROGER, INC.,**                                                  **CASE NO.: 23-44441-JMM**


**Debtor(s)**                        **CHAPTER 11**

**-------------------------------------------------------X**

CHAPTER 11 SUBCHAPTER V TRUSTEE'S REPORT OF NO DISTRIBUTION

    I, Gerard R. Luckman, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $0.00. The case was converted to a SARE chapter 11 with no plan confirmed and no plan payments were made to the trustee. No compensation was awarded to the trustee. I hereby certify that the estate of the above-named debtor has been fully administered through the date of conversion. I request that I be discharged from any further duties as trustee.

Date: December 27, 2023                By:   Gerard R. Luckman
                                                         Trustee