United States Bankruptcy Court
Eastern District of New York

| | |
|---|---|
| In re: | Case No. 23-44441-jmm |
| Alexa & Roger Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 29, 2024 | Form ID: pdf000 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alexa & Roger Inc., 2200 North 17th Street, Philadelphia, PA 19132-4403 |
| 10281897 | | Fairbridge Strategic Capital LLC, c/o Sahn Ward Braff Koblenz PLLC, Attn: Joel M. Shafferman, Esq., 33 Earle Ovington Blvd Ste 601,, Uniondale, New York 11553 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Roth | |
| | on behalf of Creditor Fairbridge Strategic Capital LLC aroth@sahnward.com |
| Joel M Shafferman | |
| | on behalf of Creditor Fairbridge Strategic Capital LLC shaffermanjoel@gmail.com |
| Office of the United States Trustee | |
| | USTPRegion02.BR.ECF@usdoj.gov |
| Richard S Feinsilver | |
| | on behalf of Debtor Alexa & Roger Inc. feinlawny@yahoo.com rsfnyparalegal@gmail.com |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                              Chapter 11

ALEXA & ROGER INC.,                                 Case No: 23-44441-jmm

                           Debtor.
-----------------------------------------------------X

### ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT AND SCHEDULING HEARING TO CONSIDER: (A) FINAL APPROVAL OF DISCLOSURE STATEMENT UNDER 11 U.S.C. §1125; AND (B) CONFIRMATION OF DEBTOR'S CHAPTER 11 PLAN UNDER 11 U.S.C. §1129

**UPON** Secured Lender Fairbridge Strategic Capital LLC ("Secured Lender"), the largest creditor of Alexa & Roger Inc., the debtor and debtor in possession (the "Debtor"), having filed its Chapter 11 Plan for Alexa & Roger Inc., dated April 18, 2024 [ECF Doc # 35] (the "Plan") and Disclosure Statement for the Chapter 11 Plan for Alexa & Roger Inc., dated April 18, 2024 [ECF Doc #36] (the "Disclosure Statement"), or as may be subsequently amended or modified, by its attorneys, Sahn Ward Braff Koblenz Coschignano PLLC, and good and sufficient cause appearing, it is hereby

**ORDERED** that, pursuant to §§ 105(d)(2)(B)(vi) and 1125(f)(3) of title 11 of the United States Code, 11 U.S.C. §§101, et seq. (the "Bankruptcy Code") and Rules 2002(b) and 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), a hearing ~~(the "Hearing")~~ **(JMM)** shall be held before the Honorable Jil Mazer-Marino, United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Courtroom 3529, Brooklyn, New York 11201 **on June 12, 2024 at 11:00 a.m**., or as soon thereafter as counsel may be heard (the "**Confirmation** Hearing ~~Date~~") **(JMM)**, to: (1) consider final

approval of the Disclosure Statement pursuant to §1125 of the Bankruptcy Code; (2) consider confirmation of the Plan pursuant to §1129 of the Bankruptcy Code; and (3) grant such other and further relief as is proper under the circumstances; and it is further

**ORDERED**, that ~~to participate in the Hearing on the Hearing Date, interested parties~~ **the Confirmation Hearing may be held in person, by phone, or by videoconference. Regardless of whether you intend to appear in person, by phone, or by videoconference, those intending to appear at the Confirmation Hearing (JMM)** must register with eCourt Appearances no later than two (2) days prior to the **Confirmation** Hearing ~~Date~~ **(JMM)**. The phone number or video link for the **Confirmation** Hearing **(JMM)** will be emailed only to those that register with Court Appearances in advance of the Confirmation Hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov; and it is further

**ORDERED,** that the **Confirmation** Hearing **(JMM)** may be adjourned from time to time without further notice except for announcement of the adjournment date or dates in open court at the **Confirmation** Hearing **(JMM)** (or any adjournments thereof) or by filing the agenda for such hearing; and it is further

**ORDERED** that the Disclosure Statement is hereby *conditionally* approved as containing "adequate information" pursuant to §1125(a) and (f) of the Bankruptcy Code, subject to final approval after the **Confirmation** Hearing **(JMM)**; and it is further

**ORDERED** that Secured Lender is authorized and empowered to distribute the Plan and Disclosure Statement and solicit acceptances or rejections of the Plan; and it is further

~~**ORDERED** that Secured Lender is authorized and empowered to distribute the Plan and Disclosure Statement and solicit acceptances or rejections of the Plan; and it is further~~ **(JMM)**

**ORDERED** that in accordance with Bankruptcy Rule 3018 and Local Rule 3018-1, by the close of business on **April ~~29~~ 30, 2024**, Secured ~~Creditor~~ **Lender (JMM)** shall serve on all known creditors, the U.S. Trustee and other parties in interest, a copy of this Order, the Plan, the Disclosure Statement, and a ballot in conformity with Official Form 314 (with instructions for returning the ballot), and a notice stating that:

a) the last date by which the holders of claims and interests may accept or reject the Plan is ~~May 30~~ **June 3, 2024 at 4:00 p.m. Eastern Time** ("Voting Deadline"); and **(JMM)**

b) the time for filing objections to the Disclosure Statement and/or the confirmation of the Plan has been fixed as ~~May 30~~ **June 3**, **2024 at 4:00 p.m.;** and **(JMM)**

c) the date for the hearing on final approval of the Disclosure Statement and confirmation of the Plan shall be **June 12, 2024 at 11:00 a.m.**;

which shall be constitute good and sufficient notice; and it is further

**ORDERED,** that the deadline for any secured creditor to make an election pursuant to Section 1111(b) of the Bankruptcy Code is **May 21, 2024**; and it is further

**ORDERED** that the Court hereby authorizes Joel Shafferman, Esq. to act as the Balloting Agent (the "Balloting Agent") and that to be counted, ballots for accepting or rejecting the Plan must be actually received by the Balloting Agent by the Voting Deadline in accordance with the instructions set forth on the ballot; and it is further

**ORDERED** that the Balloting Agent shall inspect, monitor and supervise the solicitation process and shall be responsible for tabulating ballots and the Balloting Agent shall file a voting tabulation report with the Court no later than ~~May 30~~ **June 10, 2024 at noon** (prevailing Eastern Time) **(JMM)**; and it is further

**ORDERED,** that Secured ~~Creditor~~ **Lender (JMM)** shall file with the Court **responses to any objections, (JMM)** a declaration and memorandum of law in support of confirmation no later than ~~June 5~~ **June 10, 2024 at noon** (prevailing Eastern Time) **(JMM)**; and it is further

**ORDERED** that ~~June 5~~ **June 3, 2024 (JMM)** is fixed as the last date for filing and serving any written objections to (a) final approval of the Disclosure Statement and (b) confirmation of the Plan, which objections, if any, shall be filed with the Bankruptcy Court and served on counsel for Secured ~~Creditor~~ **Lender (JMM)**, Counsel for the Debtor, and the Office of the United States Trustee~~, with a copy to Chambers~~ **(JMM)**; and it is further

**ORDERED,** that unless an objection is timely served and filed in accordance with this Order, it ~~will~~ **may (JMM)** not be considered; and it is further

**ORDERED,** that the date of entry of this Order shall be the record date (the "Voting Record Date") for purposes of determining which creditors are entitled to vote on the Plan; and it is further

**ORDERED,** that Secured ~~Creditor~~ **Lender (JMM)** and the Voting Agent are authorized to, prior to solicitation, (a) make non-material and conforming changes (including, but not limited to correcting typographical errors, altering formatting and inserting missing or changed dates) to the Plan, the Disclosure Statement, and related solicitation documents and forms and (b) revise the Disclosure Statement and related documents (including, without limitation, the exhibits thereto) to add further disclosure, including disclosure concerning events occurring at or after the Confirmation Hearing; and it is further

**ORDERED,** that this Court may retain jurisdiction to hear and determine all matters arising from the implementation of this order.

Dated: April 29, 2024
Brooklyn, New York

_____
Jil Mazer-Marino
United States Bankruptcy Judge