United States Bankruptcy Court

Eastern District of New York

| | |
|---|---|
| In re: | Case No. 23-44441-jmm |
| Alexa & Roger Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0207-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 30, 2024 | Form ID: pdfall | Total Noticed: 12 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alexa & Roger Inc., 2200 North 17th Street, Philadelphia, PA 19132-4403 |
| cr | + | Fairbridge Strategic Capital LLC, c/o Sahn Ward Braff Koblenz PLLC, The Omni, 333 Earle Ovington Boulevard, Suite 601, Uniondale, NY 11553-3645 |
| 10274784 | + | BRAUNSTEIN TURKISH LLP, 7600 HERICHO TPKE, SUITE 402, WOODBURY, NY 11797-1705 |
| 10281585 | | C/o Sahn Ward Braff Koblenz PLLC, 33 Earle Ovington Blvd Ste 601,, Uniondale, New York 11553, Attn: Joel M. Shafferman, Esq. |
| 10274785 | + | FAIRBRIDGE STRATEGIC CAP, FKA REALFI STRATEGIC CAP, 330 POST ROAD, SUITE 230, DARIEN, CT 06820-3600 |
| 10281897 | | Fairbridge Strategic Capital LLC, c/o Sahn Ward Braff Koblenz PLLC, Attn: Joel M. Shafferman, Esq., 33 Earle Ovington Blvd Ste 601,, Uniondale, New York 11553 |
| 10274787 | + | NYC DEPT OF FINANCE, 66 JOHN STREET, 2ND FLOOR, NY, NY 10038-3728 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 10292955 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 30 2024 18:16:00 | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 10274786 | + | Email/Text: USCOURTSEBN@finance.nyc.gov | Apr 30 2024 18:15:00 | NYC DEPT OF FINANCE, LEGAL DIVISION, 345 ADAMS STREET, 3RD FLOOR, BROOKLYN, NY 11201-3739 |
| 10274788 | + | Email/Text: waterboardbankruptcy@dep.nyc.gov | Apr 30 2024 18:16:00 | NYC WATER BOARD, 59-17 JUNCTION BOULEVARD, 13TH FLOOR, ELMHURST, NY 11373-5188 |
| 10287976 | + | Email/Text: waterboardbankruptcy@dep.nyc.gov | Apr 30 2024 18:16:00 | NYC Water Board, Richard J Costa, Senior Counsel - Bureau of Legal Affairs, 59-17 Junction Blvd, 13th Fl, Elmhurst, NY 11373-5188 |
| 10277444 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Apr 30 2024 18:16:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany New York 12205-0300 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| br | | MARCUS AND MILLICHAP |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2024                         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Roth | on behalf of Creditor Fairbridge Strategic Capital LLC aroth@sahnward.com |
| Joel M Shafferman | on behalf of Creditor Fairbridge Strategic Capital LLC shaffermanjoel@gmail.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| Richard S Feinsilver | on behalf of Debtor Alexa & Roger Inc. feinlawny@yahoo.com  rsfnyparalegal@gmail.com |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                              Chapter 11

ALEXA & ROGER INC.,                                 Case No. 23-44441 (JMM)

                                    Debtor.

-------------------------------------------------------------X

### ORDER ESTABLISHING DEADLINE FOR FILING PROOFS OF CLAIM
### AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF

Upon the application [ECF No. 14] of ALEXA & ROGER INC., the debtor and debtor-in-possession (the "**Debtor**") for an order**,** pursuant to Federal Rule of Bankruptcy Procedure ("**Bankruptcy Rule**") 3003(c)(3) fixing a deadline and establishing procedures for filing proofs of claim and approving the form and manner of service thereof, and it appearing that the relief requested is in the best interests of the Debtor, its estate, and creditors, and that adequate notice has been given and that no further notice is necessary; and after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED**, that except as otherwise provided herein, all persons and entities (including, without limitation, individuals, partnerships, corporations, joint ventures, trusts and governmental units) that assert a claim, as defined in Section 101(5) of 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**"), against the Debtor which arose on or prior to the filing of the Chapter 11 petition on December 1, 2023 shall file a proof of such claim in writing so that it is <u>received</u> on or before **June 10, 2024** (the "**Bar Date**"); and it is further

**ORDERED**, that notwithstanding any other provision hereof, proofs of claim filed by governmental units must be filed on or before **June 10, 2024**; and it is further

**ORDERED**, that the following procedures for the filing of proofs of claim shall apply:

a.  Proofs of claim shall conform substantially to Official Bankruptcy Form No. 410;

    b.   Attorneys (with full access accounts) and employees of institutional creditors (with limited access accounts) shall file proofs of claim electronically on the Court's Case Management/Electronic Case File ("**CM/ECF**") system.  Those without accounts to the CM/ECF system shall file their proofs of claim by mailing or delivering the original proof of claim by hand to the United States Bankruptcy Court, Eastern District of New York, Conrad B. Duberstein U.S. Courthouse, 271-C Cadman Plaza East, Suite 1595 Brooklyn, New York 11201-1800. Those without accounts to the CM/ECF system can also file proofs of claim electronically at: www.nyeb.uscourts.gov/electronic-filing-proof-claim-epoc by selecting "File a Claim." This application does not require a login and password;

    c.   Proofs of claim will be deemed timely filed only when <u>received</u> by the Clerk of the Bankruptcy Court on or before the Bar Date;

    d.   Proofs of claim shall (i) be signed; (ii) include supporting documentation (if voluminous, attach a summary), (iii) be in the English language; and (iv) be denominated in United States Currency; and it is further

**ORDERED**, that the following persons or entities need not file a proof of claim on or prior to the Bar Date:

    a.   Any person or entity that has already filed a proof of claim against the Debtor in this case with the Clerk of the Bankruptcy Court for the Eastern District of New York in a form substantially similar to Official Bankruptcy Form No. 410;

    b.   Any person or entity whose claim is listed on the Schedules of Assets and Liabilities filed by the Debtor (collectively, the "**Schedules**") [Docket Entry No. 1], if (i) the claim is <u>not</u> scheduled as "disputed", "contingent" or unliquidated"; <u>and</u> (ii) the

claimant does agree with the amount, nature and priority of the claim as set forth in the Schedules;

c.    Any holder of a claim that has already been allowed in this case by order of the Court;

d.    Any holder of a claim for which a different deadline for filing a proof of claim in this case has already been fixed by this Court; or

e.    Any holder of a claim allowable under sections 503(b) and 507(a)(2) of the Bankruptcy Code as an expense of administration of the Debtor's estate; and it is further

**ORDERED**, that any person or entity that holds a claim that arises from the rejection of an executory contract or unexpired lease, as to which the order authorizing such rejection is dated on or before the date of entry of this Order, must file a proof of claim based on such rejection on or before the later of the Bar Date or the date that is 30 days after the date of the order authorizing such rejection, and any person or entity that holds a claim that arises from the rejection of an executory contract or unexpired lease, as to which an order authorizing such rejection is dated after the date of entry of this Order, must file a proof of claim on or before such date as the Court may fix in the applicable order authorizing such rejection; and it is further

**ORDERED**, that holders of equity security interests in the Debtor need not file proofs of interest with respect to the ownership of such interests, but if any such holder has a claim against the Debtor (including a claim relating to an equity interest or the purchase or sale of the equity interest), a proof of claim shall be filed on or prior to the Bar Date; and it is further

**ORDERED**, that if the Debtor amends or supplements the Schedules after the date of this Order, the Debtor shall give notice of any amendment or supplement to the holders of claims

amended thereby, and holders of such claims shall have 30 days from the date of service of the notice to file proofs of claim and shall be given notice of that deadline; and it is further

**ORDERED**, that nothing in this Order shall prejudice the right of the Debtor or any other party in interest to dispute or assert offsets or defenses to any claim reflected in the Schedules; and it is further

**ORDERED**, that pursuant to Bankruptcy Rule 3003(c)(2), a holder of a claim that fails to comply with this Order by timely filing a proof of claim in appropriate form shall not be treated as a creditor with respect to such claim for the purposes of voting and distribution; and it is further

**ORDERED**, that notice of the Bar Date substantially in the form annexed hereto is approved and shall be deemed adequate and sufficient if served by first-class mail at least 35 days prior to the Bar Date on:

a. the United States Trustee;

b. counsel to each official committee;

c. all persons or entities that have requested notice of the proceedings in this case;

d. all persons or entities that have filed claims in this case;

e. all creditors and other known holders of claims as of the date of this Order, including all persons or entities listed in the Schedules as holding claims;

f. all parties to executory contracts and unexpired leases of the Debtor;

g. all parties to litigation with the Debtor;

h. the Internal Revenue Service for the district in which the case is pending and, if required by Bankruptcy Rule 2002(j), the Securities and Exchange Commission and any other required governmental units; and it is further

**ORDERED**, that the Debtor is authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order; and it is further

**ORDERED**, that entry of this Order is without prejudice to the right of the Debtor to seek a further order of this Court fixing a date by which holders of claims or interests not subject to the Bar Date established herein must file such proofs of claim or interest or be barred from doing so.



Dated: April 30, 2024
       Brooklyn, New York

_____
Jil Mazer-Marino
United States Bankruptcy Judge