Case 1-23-44441-jmm    Doc 76-1    Filed 12/04/24    Entered 12/04/24 19:06:35

**Gmail**  search: amills@growthmindsetlearninglab.com

Mail
Chat
Meet

Compose

| Inbox | 141,562 |
| Starred | |
| Snoozed | |
| Sent | |
| Drafts | 1,211 |
| More | |

**Labels**
avrumjrosenlaw.com we…
Hiring

## Fw: 381 Myrtle Ave    External   Inbox ×

**John Edwards** <jedwards@growthmindsetlearninglab.com>
to me, Adrian

Hello Avrum, Per your request, please see the attached with the corresponding email. I will be working on evid

John Edwards
Chief Executive Officer
growthmindsetlearninglab.com

---

**From:** Andrea Balsamo <andreabalsamoesq@gmail.com>
**Sent:** Thursday, August 22, 2024 7:27 PM
**To:** brenda@sydifinancial.com <brenda@sydifinancial.com>
**Cc:** John Edwards <jedwards@growthmindsetlearninglab.com>; Adrian Mills <amills@growthmindsetlearninglab.com>
**Subject:** Re: 381 Myrtle Ave

Hi Brenda,

Attached please find a duly executed lease agreement.
Please send proof of ownership once you have it.

Regards
Andrea Balsamo, Esq.

On Thu, Aug 22, 2024 at 4:56 PM <brenda@sydifinancial.com> wrote:
> Andrea, When can I anticipate receiving a copy of the lease? We would love to sort this out as soon as possible.  Thank yo
>
> Sent from my Verizon, Samsung Galaxy smartphone
> Get Outlook for Android

--
Andrea Balsamo, Esq.

"The information in this electronic mail message is the sender's business confidential work product and may be legally privileged. It is intended
copying, distribution is prohibited and may be unlawful."