```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In Re:                                                      Chapter 11

ALEXA & ROGER INC.,                                         Case No. 23-44441-jmm

                    Debtor.
----------------------------------------------------------X
```

**ORDER AUTHORIZING AND DIRECTING THE REMOVAL
AND EVICTION OF ANY PARTY REMAINING AT THE
REAL PROPERTY COMMONLY KNOWN AS 381 MYRTLE
AVENUE, BROOKLYN, NEW YORK AND DIRECTING THE
UNITED STATES MARSHAL SERVICE FOR THE EASTERN
DISTRICT OF NEW YORK TO ASSIST WITH THE
REMOVAL AND EVICTION OF SUCH PARTIES, IF
<u>DEEMED NECESSARY</u>**

Upon the motion of Fairbridge Strategic Capital LLC, secured creditor and proponent of Fairbridge Strategic Capital LLC's Chapter 11 Plan for Alexa & Roger Inc., dated July 2, 2024 [ECF Doc #48] ("Fairbridge") seeking the entry of an order authorizing and directing the removal and eviction of any party remaining at the real property commonly known as and located at 381 Myrtle Avenue, Brooklyn, New York (the "Property"), and directing the United States Marshal Service for the Eastern District of New York to assist Fairbridge with the removal and eviction of such parties, if deemed necessary and granting Fairbridge such other and further relief as may be just and proper (the "Motion") **[ECF No. 68] (<u>JMM</u>)**; and no objections to the Motion having been filed; and a hearing to consider approval of the Motion having been held before the Court on November 13, 2024 (the "Hearing"); and upon the record of the Hearing; and after due deliberation thereon, for the reasons stated by the Court on the record of the Hearing, and good and sufficient cause appearing therefor, it is hereby:

**ORDERED**, that the motion is granted to the extent set forth herein; and it is further

**ORDERED**, that that Melissa Bradshaw, Rosalyn Bradshaw any and all other persons or entities (collectively the "Occupants") are directed to VACATE the real property known as and located at 381 Myrtle Avenue, 2nd and 3rd floors, Brooklyn, New York 11205 (the "Units") on or

before **January 2, 2025**; and it is further

**ORDERED**, in the event that any person or entity continues to occupy any of the Units after January 2, 2025, the Court may, without further notice, issue a Writ of Assistance authorizing the United States Marshals to eject any such person and his, her, or its property from the Units; and any such person will be subject to contempt proceedings before this Court; and it is further

**ORDERED**, that no later than five (5) business days after entry of this Order, Fairbridge shall cause this Order to be served on Melissa Bradshaw and Rosalyn Bradshaw by first class mail and a copy of this Order shall be affixed to the entrance door to the Units; and it is further

~~**ORDERED**, that on or after December 26, 2024, Fairbridge is authorized and directed to break and replace the locks on all Units and any entrance to the Property; and it is further~~ **(JMM)**

**ORDERED**, that this Court shall retain jurisdiction to: (i) interpret and construe and enforce the provisions of this Order; (ii) hear and determine any disputes arising under or related to the foregoing; and (iii) enforce the provision of this Order.



Dated: December 4, 2024
Brooklyn, New York

_____
Jil Mazer-Marino
United States Bankruptcy Judge