UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

    Alexa & Roger Inc.,

                                 Debtor.

Chapter 11

Case No. 23-44441-jmm

-------------------------------------------------------------X

# ORDER TO SHOW CAUSE WHY THIS CHAPTER 11 CASE SHOULD NOT BE CONVERTED TO A CASE UNDER CHAPTER 7 OR DISMISSED

**WHEREAS**, on December 1, 2023 (the "Petition Date"), the above-captioned debtor (the "Debtor") filed a petition for relief under chapter 11 of the Bankruptcy Code; and

**WHEREAS**, on November 5, 2024, the Court confirmed Fairbridge Strategic Capital LLC's Chapter 11 Plan for the Debtor [ECF No. 69]; and

**WHEREAS**, the confirmed plan has not gone effective; and

**WHEREAS,** based on the record of the April 2, 2025 hearing, it appears that Fairbridge Strategic Capital LLC may be unable to consummate the plan due to its inability to close on the sale of real property located at 381 Myrtle Avenue, Brooklyn, 11201 (the "Property") or to pay administrative expense claims in full; and

**WHEREAS**, pursuant to 11 U.S.C. § 1112(b)(4)(M), cause to dismiss or convert a chapter 11 case includes inability to effectuate substantial consummation of a confirmed plan; and

**NOW, THEREFORE**, it is

**ORDERED**, the Court will consider whether to convert this case to a case under chapter 7 or dismiss this case at a hearing to be held before the Honorable Jil Mazer-Marino of the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Courtroom 3529, Brooklyn, New York 11201 on **April 16, 2025 at 2:30 p.m.**; and it is further

**ORDERED**, that the Hearing may be held in person, by phone, or by videoconference. Regardless of whether you intend to appear in person, by phone, or by videoconference, those intending to appear at the Hearing must register with eCourt Appearances no later than two (2) days prior to the Hearing. The phone number or video link for the Hearing will be emailed only to those that register with eCourt Appearances in advance of the Hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov; and it is further

**ORDERED**, that the Clerk shall serve a copy of this Order on all creditors and parties in interest.



Dated: April 4, 2025
Brooklyn, New York

_____
Jil Mazer-Marino
United States Bankruptcy Judge