UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

Alexa & Roger Inc.,

                                    Debtor.

Chapter 11

Case No. 23-44441-jmm

-------------------------------------------------------------X

### ORDER TO SHOW CAUSE WHY DEBTOR'S PRINCIPAL SHOULD NOT BE SANCTIONED FOR FAILURE TO COMPLY WITH THIS COURT'S ORDERS

**WHEREAS**, on March 11, 2025, the Court entered an Order Directing the Debtor's Principal and Debtor's Counsel to appear at a hearing on April 2, 2025 [ECF No. 79]; and

**WHEREAS**, Roger A. Bradshaw (the "Debtor's Principal") failed to appear at the April 2, 2025 hearing; and

**WHEREAS, THIS COURT IS VESTED WITH THE INHERENT AUTHORITY TO ENFORCE COMPLIANCE WITH ITS ORDERS THROUGH THE ISUANCE OF CIVIL CONTEMPT ORDERS PURSUANT TO BANKRUPTCY CODE SECTION 105(A) AND ITS INHERENTCONTEMPT POWERS BY, AMONG OTHER THINGS, IMPOSING MONETARY SANCTIONS ON, AND DIRECTING THE OFFICE OF THE UNITED STATES MARSHALS TO ARREST, A PARTY THAT FAILS TO COMPLY WITH AN ORDER OF THIS COURT.**

**NOW, THEREFORE**, it is

**ORDERED**, the Debtor's Principal is directed to appear at a hearing before the Honorable Jil Mazer-Marino of the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201, **on April 16, 2025 at 2:30 p.m.** (the "Hearing") and show cause why the Court should not (a) hold the Debtor's Principal in civil contempt; and (b) impose sanctions on Debtor's Principal for contempt of this

Court's orders; and it is further

**ORDERED**, that the Hearing may be held in person or by videoconference **only**. **Telephonic appearances are not permitted.** Regardless of whether you intend to appear in person or by videoconference, those intending to appear at the Hearing must register with eCourt Appearances no later than two (2) days prior to the Hearing. The phone number or video link for the Hearing will be emailed only to those that register with eCourt Appearances in advance of the Hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov; and it is further

**ORDERED**, that the Clerk of Court shall serve a copy of this Order on the Debtor's Principal by first class mail and e-mail at the addresses set forth on the attached service list.



Dated: April 4, 2025
Brooklyn, New York

_____
Jil Mazer-Marino
United States Bankruptcy Judge

Service List

Roger A Bradshaw
2200 North 17th Street
Philadelphia, PA 19132
rogbradshaw3@gmail.com